United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Eliezer Taveras, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 22-23745 -Civ-Scola |
| Florida Department of Transportation and others, Defendants. | ) ) ) |

### Order Adopting Magistrate Judge's Report and Recommendations

This case has been referred to United States Magistrate Judge Jonathan Goodman for all pretrial matters. (ECF No. 34.) Judge Goodman has issued a combined report and recommendations and an order, addressing both dispositive and non-dispositive matters. (Rep. & Order, ECF No. 84.) As to the dispositive motions—(1) Defendants Jared Perdue and Florida Department of Transportation's motion for involuntary dismissal (ECF No. 58); (2) Defendant Larry J. Saravia and Alpine Towing, Inc.'s motion for involuntary dismissal (ECF No. 59); and (3) pro se Plaintiff Eliezer Taveras's motion for sanctions (ECF No. 67)—Judge Goodman recommends that all three be denied. No party has filed objections to the report, and the time to do so has passed.

Despite the lack of objections, the Court has nonetheless made a de novo review of Judge Goodman's recommendations. After careful consideration of his report, the record, and the relevant legal authorities, the Court agrees with the entirety of Judge Goodman's findings and conclusions: although Taveras's repeated failures to comply with the Court's orders and rules are unacceptable, the drastic sanction of dismissal in this case is unwarranted—although just barely; and Taveras has failed to show that FDOT, Perdue, or their counsel engaged in any sanctionable or even unethical conduct. The Court therefore **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 84**) in its entirety, thus **denying** all three motions (**ECF No. 58, 59, 67**).

**Done and ordered** in Miami, Florida, on February 2, 2024.

_____
Robert N. Scola, Jr.
United States District Judge